UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A&M WARSHAW PLUMBING & HEATING, INC. and A&M WARSHAW SERVICES LLC d/b/a A&M Warshaw Fire Protection,

        Plaintiffs,

v.

MOUNT VERNON FIRE INSURANCE COMPANY,

        Defendant.

No. 24-cv-5430 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 4, 2024, the Court granted the parties' request to extend various discovery deadlines. *See* Dkt. 26. The post-fact discovery conference currently scheduled for December 20, 2024 is hereby adjourned until March 21, 2025 at 11:00 a.m. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    November 6, 2024
              New York, New York

_____
Ronnie Abrams
United States District Judge