UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A & M WARSHAW PLUMBING & HEATING, INC. and A & M WARSHAW SERVICES LLC d/b/a A&M Warshaw Fire Protection,

           Plaintiffs,

v.

MOUNT VERNON FIRE INSURANCE COMPANY,

           Defendant.

No. 24-CV-5430 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      A post-fact discovery conference was previously scheduled in this matter for March 21, 2025 at 11:30 a.m. Due to a scheduling conflict, the conference is hereby rescheduled to April 4, 2025 at 10:30 a.m. Unless the parties request otherwise, the conference will be held by phone: Dial-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public. No later than one week in advance of the conference, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and whether any progress was made during the parties' March 26 settlement conference before Judge Aaron.

SO ORDERED.

Dated:    March 4, 2025
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge